SETH M. BARSKY,
Deputy Assistant Attorney General
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
NICOLE M. SMITH, Assistant Section Chief
RICKEY D. TURNER, JR., Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel | (303) 844-1373; Fax | (303) 844-1350
E-mail: rickey.turner@usdoj.gov

*Attorneys for the Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DEFEND THEM ALL FOUNDATION, *Plaintiffs,* v. NATIONAL MARINE FISHERIES SERVICE; and GINA RAIMONDO, Secretary of Commerce, *Defendants.* | Case No. 3:24-CV-03772-EMC **UNOPPOSED MOTION FOR 30-DAY EXTENSION RE DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT** |

Defendants, the National Marine Fisheries Service and Gina Raimondo, Secretary of

Commerce, move this Court for a 30-day extension for Defendants' response to Plaintiffs'

Unopposed Motion to Extend Response        1
Case No. 3:24-CV-03772-EMC

complaint – from September 13, 2024 to October 14, 2024. In support of this motion, Defendants state the following:

1. Defendants' response to Plaintiffs' complaint is due on September 13, 2024.

2. The Parties desire to explore settlement possibilities and require additional time to have those discussions.

3. For those reasons, Defendants request a short 30-day extension on their response to Plaintiffs' complaint – from September 13, 2024 to October 14, 2024.

4. Plaintiffs do not oppose this extension.

DATED: August 13, 2024

                Respectfully submitted,

                SETH M. BARSKY
                Deputy Assistant Attorney General
                S. JAY GOVINDAN, Chief
                NICOLE M. SMITH, Assistant Chief
                Environment and Natural Resources Division

                */s/ Rickey D. Turner, Jr.*
                RICKEY D. TURNER, JR.
                Senior Attorney
                U.S. Department of Justice
                Environment and Natural Resources Division
                Wildlife and Marine Resources Section
                999 18th Street, South Terrace, Suite 370
                Denver, CO 80202
                Tel | (303) 844-1373; Fax | (303) 844-1350
                E-mail: rickey.turner@usdoj.gov

                *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed and served the foregoing filing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF system.

*/s/ Rickey D. Turner, Jr.*
*Attorney for Defendants*
