ADAM R.F. GUSTAFSON, Deputy Assistant Attorney General
Environment & Natural Resources Division
MEREDITH L. FLAX, Acting Section Chief
NICOLE M. SMITH, Assistant Section Chief
RICKEY D. TURNER, JR., Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel | (303) 844-1373
E-mail: rickey.turner@usdoj.gov

*Attorneys for the Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFRONIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and DEFEND THEM ALL FOUNDATION, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; and GINA RAIMONDO, Secretary of Commerce, <br><br> *Defendants.* | Case No. 3:24-CV-03772-EMC <br><br> **STIPULATED MOTION TO EXTEND** |

Plaintiffs, Center for Biological Diversity and Defend Them All Foundation ("Plaintiffs"), and Federal Defendants the U.S. Secretary of Commerce, Howard Lutnick, and National Marine Fisheries Service (collectively, "the Service"), by and through their undersigned representatives, stipulate to extending the deadline set forth in the previously entered Stipulated Settlement Agreement ("Agreement"), and state as follows:

WHEREAS, the Parties entered into a Stipulated Settlement Agreement on December 4, 2024 that settled Plaintiffs' claims;

WHEREAS, as part of that Agreement, the Service agreed to submit to the Federal Register for publication a 12-month finding pursuant to 16 U.S.C. § 1533(b)(3)(B) on Plaintiffs' February 2022 petition to list the tope shark (*Galeorhinum galeus*) on or before August 1, 2025;

WHEREAS, the Court entered the Agreement on December 5, 2025 (ECF No. 26);

WHEREAS, the Agreement may only be modified by the Court upon good cause shown by stipulated motion of all Parties;

WHEREAS, the Court extended, at the Parties' request, the August 1, 2025 deadline to January 31, 2026 (ECF Nos. 27, 28);

WHEREAS, due to the recent 43-day government shutdown, and all of the associated delays and backlog, the Service requires additional time to complete the 12-month finding for the tope shark. The Service avers it is not able to meet the January 31, 2026 deadline;

NOW THEREFORE, the Service seeks to extend the January 31, 2026 deadline to April 15, 2026. Plaintiffs agree and stipulate to this extension. This stipulation does not affect any other provision of the Agreement.

DATED: December 19, 2024

Respectfully submitted,

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel | (303) 844-1373; Fax | (303) 844-1350
E-mail: rickey.turner@usdoj.gov

Stipulation to Extend                                    2
Case No. 3:23-cv-06642-AMO

*Attorneys for the Defendants*

/s/ David Derrick
David Derrick (CA Bar No. 316745)
Catherine Kilduff (CA Bar No. 256331)
Center for Biological Diversity
2100 Franklin St., Ste 375 Oakland, CA 94612
Phone: (510) 844-7108
Facsimile: (510) 844-7150
dderrick@biologicaldiversity.org
ckilduff@biologicaldiversity.org

Lindsey Zehel (admitted pro hac vice)
DEFEND THEM ALL FOUNDATION
25 NW 23rd Place, Suite 6-310
Portland, OR 97210
Phone: (567) 203-7220
Email: lzehel@defendthemall.org

*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __December 19__, 2025      Signed By: _____
                                 HON. EDWARD M. CHEN
                                 United States District Court Judge